AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NASH N. TUTEN,

Plaintiff,

v.

SHERIFF JOHN WILCHER; TONY FREESEMAN,

Defendant's

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV422-80

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 28, 2022, Plaintiff's Complaint dismissed without prejudice for failure to prosecute this action and failure to obey court orders. This actions stands closed.

Approved by: _Christopher L. Ray_
Magistrate Judge Christopher L. Ray

July 28, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020